**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

SHAWN R JONES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  22-12781TBA

HEARING DATE:  01/07/2026 at 10:00 AM

# TRUSTEE'S LIMITED OBJECTION TO DEBTOR(S) ATTORNEY'S APPLICATION FOR COMPENSATION

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of limited objection to the Debtor(s) Attorney's Application for Compensation, respectfully objects as follows:

- The fee application seeks a "flat fee" of $2,100 plus costs of exactly $120. Counsel has not attached a retainer agreement setting the "flat fee" absent billing records, nor has Counsel provided a breakdown of the amount sought for each service performed. There is also no breakdown or support for the $120 in costs. The application should be supplemented accordingly. In addition, the proposed order provides for plan payments to increase for 17 months, but only 16 months remain in the plan; a revised order should be submitted accordingly.

Wherefore, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that the Debtor(s) Attorney's Application for Compensation in its present form be denied.

Dated:  December 22, 2025

By:  /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee