| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>SHAWN R JONES | Case No.:  22-12781<br><br>Adv. No.:<br><br>Hearing Date:  01/07/2026<br><br>Judge:  TBA |

## CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 12/22/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **TRUSTEE'S LIMITED OBJECTION TO DEBTOR(S) ATTORNEY'S APPLICATION FOR COMPENSATION**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Attorney for Debtor(s):
BRAD J. SADEK
SADEK AND COOPER
1500 JFK BOULEVARD
STE 220
PHILADELPHIA, PA  19102
Mode of Service:  Notice of Electronic Filing (NEF)
 Unless non-ECF Attorney then Postage prepaid first class U.S. mail

---

Dated:  December 22, 2025

By:  /S/  Sheila Alvarado
     Sheila Alvarado